US MAGISTRATE JUDGE CHERYL L. POLLAK    DATE: 7/28/11

TIME SPENT: _____

DOCKET NO. 11 CV 1711 (CBA)

CASE: Geo Group v Community First Services

- ✓ INITIAL CONFERENCE
- ___ DISCOVERY CONFERENCE
- ___ SETTLEMENT CONFERENCE
- ___ MOTION HEARING
- ___ OTHER/STATUS CONFERENCE
- ___ FINAL/PRETRIAL CONFERENCE
- ___ TELEPHONE CONFERENCE
- ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED       7/28 DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Discovery schedule set
Mandatory disclosures due 7/28
Doc requests and interrogs to be exchanged by 8/29; responses 9/30
Depositions to proceed
Conference 11/29 at 12:00