| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

**Davis Polk**

**Greg D. Andres**

Davis Polk & Wardwell LLP  212 450 4724 tel
450 Lexington Avenue  212 701 5724 fax
New York, NY 10017  greg.andres@davispolk.com

May 2, 2016

Re: *The GEO Group, Inc. v. Community First Services, Inc., et al.*, 11 Civ. 1711 (LDH)(MDG)

The Honorable LaShann DeArcy Hall
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge DeArcy Hall:

    We represent The GEO Group, Inc. ("GEO") in this action and write on behalf of GEO and counsel for defendants Jack A. Brown III and Community First Services, Inc. ("Defendants") to advise the Court that GEO and Defendants have reached an agreement to settle their respective claims in the above-referenced action. GEO and Defendants are working to finalize the documents reflecting their agreement and will file a stipulation of dismissal promptly after the settlement agreement has been executed. Magistrate Judge Go has ordered GEO and Defendants to submit a status report by May 21, 2016 if they have not filed a stipulation of dismissal by that date. GEO and Defendants jointly acknowledge and appreciate Magistrate Judge Go's assistance in helping find common ground to resolve their claims.

Respectfully yours,

/s/ Greg D. Andres

Greg D. Andres

cc: Counsel of Record (via ECF and electronic mail)
     Aykroyd Lake (via electronic mail)