UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE GEO GROUP, INC.,

        Plaintiff,

- against -                                       11-CV-1711 (LDH) (MDG)

COMMUNITY FIRST SERVICES, INC.,
JACK A. BROWN, III, and AYKROYD
LAKE,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COMMUNITY FIRST SERVICES, INC.
AND JACK A. BROWN, III,

        Counterclaim-Plaintiffs,
                                                  11-CV-1711 (LDH) (MDG)
- against -

THE GEO GROUP, INC.,

        Counterclaim-Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★  JUL 13 2016  ★
BROOKLYN OFFICE

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their undersigned counsel, that all claims and counterclaims asserted in the above-captioned actions by or against The GEO Group, Inc., Community First Services, Inc., and Jack A. Brown, III, having been resolved between the parties hereto, are hereby dismissed with prejudice and without costs.

Dated: New York, New York
July 11, 2016

By: /s/ Michael Sullivan

ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of the Americas
New York, New York 10105
Telephone No.: (212) 370-1300
Facsimile No.: (212) 370-7889
msullivan@egsllp.com

G. Michael Bellinger
Melissa J. Erwin
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Telephone No.: (212) 732-3200
Facsimile No.: (212) 732-3232
bellinger@clm.com
Erwin@clm.com

*Counsel for Defendants-Counterclaim-Plaintiffs Community First Services, Inc. and Jack A. Brown, III*

By: /s/ Greg D. Andres

Greg D. Andres
Andrew Ditchfield

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone No.: (212) 450-4000
Facsimile No.: (212) 701-5800
greg.andres@davispolk.com
andrew.ditchfield@davispolk.com

*Counsel for Plaintiff-Counterclaim-Defendant The GEO Group, Inc.*

So Ordered

/s/ LaShann DeArcy Hall
United States District Judge